DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
STRAUN W. BOSTON, ESQ. (SBN 242380)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY L. FRANKLIN, et al., | Case No.: C06-5604-TEH |
| Plaintiffs, | **STIPULATION TO VACATE MEDIATION AND HAVE MATTER REFERRED TO MAGISTRATE JUDGE CHEN FOR SETTLEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | Date: |
| Defendant. | Time: |
| | Courtroom 10 |
| | Before Hon. Judge Thelton E. Henderson |

**STIPULATION**

The Plaintiffs and Defendant in the above-captioned action hereby stipulate as follows:

1. Plaintiffs and Defendant have previously participated in a successful Settlement Conference before Judge Chen in a related case. Accordingly Judge Chen is familiar with the facts and issues in this case.

2. Good cause exists to vacate mediation since the parties believe a settlement conference between Magistrate Judge Chen will more likely result in resolution of the case.

Therefore, the parties and their respective attorney of record do stipulate, agree and respectfully request this Court vacate the mediation and directly refer this matter to a settlement

1 | conference before Magistrate Chen.
2 |
3 |
4 | Dated: January 22, 2007       MASTAGNI, HOLSTEDT, AMICK,
                                   MILLER, JOHNSON & UHRHAMMER
5 |
6 |
                                  /s/ Straun W. Boston
7 |
                                  **STRAUN W. BOSTON**
8 |                                **Attorney for Plaintiffs**
9 |
10 | Dated: January 22, 2007
11 |                               **JONATHAN ROLNICK**
                                   **Attorney for Defendant**
12 |
13 |
...
28 |

1  **[PROPOSED] ORDER**

2     It Is Hereby Ordered, Adjudged and Decreed That the Mediation Shall Be Vacated and
3  the Parties Are Referred to Magistrate Judge Chen for a Settlement Conference.

5  **Dated:** 01/23/07  _____

6  **HONORABLE THELTON E. HENDERSON**

