IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY L. FRANKLIN, et al.,

                Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

                Defendant.

NO. C06-5604 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

     The parties have reported to the Court that they are in the process of finalizing a settlement agreement in this case.  Thus, the Court agrees that there is no need to conduct a case management conference at this time.  Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the March 26, 2007 case management conference shall be continued to **Monday, June 25, 2007, at 1:30 PM.**  The Court anticipates that the settlement agreement will be finalized by that date, in which case this case will have been dismissed and no case management conference will be necessary.  However, if the agreement has not yet been finalized, then the parties shall file a joint case management statement on or before **Monday, June 18, 2007,** providing an explanation for the delay and a projected date for completing the settlement agreement and filing a stipulation for dismissal.

**IT IS SO ORDERED.**

Dated:  03/21/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT