IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY L. FRANKLIN, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

NO. C06-5604 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The parties have reported to the Court that they finalized the terms of a settlement agreement on May 30, 2007, and that they anticipate completing the settlement process by obtaining Plaintiffs' signatures and the approval of the Sheriff's Department in approximately the next thirty days.  Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the June 25, 2007 case management conference shall be continued to **Monday, August 27, 2007, at 1:30 PM.**  The Court anticipates that the parties will have filed their contemplated stipulated judgment to the Court for approval by that time and that no case management conference will be necessary because the case will have been dismissed.  However, if the case has not been dismissed, then the parties shall file a joint case management statement on or before **Monday, August 20, 2007,** providing an explanation for the delay and a projected date for completing the settlement process and filing a stipulation for dismissal.

**IT IS SO ORDERED.**

Dated:  06/15/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT