DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY L. FRANKLIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br> Defendant. | Case No.: C06-5604-TEH <br><br> **STIPULATION TO DISMISS PLAINTIFF KIMBERLY FRANKLIN WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff, KIMBERLY FRANKLIN, dismisses her action against Defendant CITY AND COUNTY OF SAN FRANCISCO, in the above titled matter, with prejudice. Neither the remaining Plaintiffs or Defendant intend this dismissal to act as a retraxit with respect to any other Plaintiff.

Dated: September 26, 2007

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSON & UHRHAMMER

_____
WILL M. YAMADA
Attorneys for Plaintiffs

1  Dated: ~~September~~ October 22, 2007

3  _____
4  JONATHAN ROLNICK
   Attorney for Defendants

6  IT IS SO ORDERED.

8  Dated: 10/25/07   _____
   HONORABLE THELTON E. HENDERSON

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

---

JOINT STATUS CONFERENCE STATEMENT  -2-   *Franklin, et al. v. CCSF*
Northern District Court Case No.: C 06-5604