DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY L. FRANKLIN, et al., | Case No.: C06-5604-TEH |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | Date:        October 29, 2007 |
| Defendant. | Time:        1:30 p.m. |
| | Courtroom:   12 |
| | Before Hon. Judge Thelton E. Henderson |

Plaintiff Kimberly L. Franklin et al, ("Plaintiffs") and Defendant City and County of San Francisco ("CCSF") (Plaintiffs and CCSF as the "Parties"), through their respective counsel, respectfully submit the following stipulation and request:

1.     The Parties request that this Court continue the Case Management Conference presently scheduled for October 29, 2007 and continue the deadline to submit the Joint Case Management Statement currently due by October 22, 2007. The parties propose the Case Management Conference be continued until December 3, 2007 and the Joint Case Management Statement be due by November 26, 2007. The continuance is requested because the parties are in the process of obtaining the final signatures on the settlement of the case. Upon obtaining all proper signatures, the parties intend to file a stipulation and order with court approving the settlement and dismissing the case. The parties anticipate that this will be completed within the next month.

1  2.      Good cause exists to grant the continuance because it would save the Parties and the Court

2  resources and time if the Parties can resolve this matter informally.

3

4

5  Dated: October 22, 2007                    **MASTAGNI, HOLSTEDT, AMICK,**

6                                             **MILLER, JOHNSON & UHRHAMMER**

7

8                                             _____/s/ Will M. Yamada_____

                                             WILL M. YAMADA

9                                             Attorney for Plaintiffs

10

11

12

13  Dated: October 22, 2007

14

15                                            _____/s/ Jonathan Rolnick_____

                                             JONATHAN ROLNICK

16                                            Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Stipulation and [Proposed] Order Continuing the Case Management Conference and submission of the Joint Case Management Report, Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.

Dated: _____10/25/07_____



_____
HONORABLE THELTON E. HENDERSON